September 25, 2014

Dear Rocky mountain Recovery Systems:

In response to your letter that has dated September 2, 2014, your account number 151454, we request you send us validation and be advised we refuse to pay this alleged debt.

Regards,

George James
Kelly James

**EXHIBIT 1**

## ROCKY MOUNTAIN RECOVERY

101 Hastings Horseshoe
Powell, Wyoming 82435
Telephone:(307) 754-8215
Toll Free: (888) 226-7701

September 29, 2014

Kelly and George James
3422 Cribbon Ave
Cheyenne, WY 82001

Re: Account Validation

    Account Number:    151454
    Current Balance Due:    $ 110.79

Dear Kelly and George,

    Please find enclosed the verification you requested per your letter received on or about September 29, 2014 for Rocky Mountain Recovery's account # 151454.

    Correspondence in regard to the matter should be directed to us at the address listed above or you may call us at (888) 226-7701.

    If you have any questions, please contact one of our account managers.

    Federal Law requires that we inform you that this letter is from a debt collector, it is an attempt to collect a debt, and any information obtained will be used for that purpose.

Yours,

ROCKY MOUNTAIN RECOVERY

**EXHIBIT 2**

cc: 84713.rmr.ver

April 27, 2015

Dear Rocky mountain Recovery Systems:

In response to your letters that has dated April 7, 2015 and April 20, 2015, your account number 162090, we request you send us validation and be advised we refuse to pay this alleged debt.

Regards,

Breyanna James
Kelly James



## ROCKY MOUNTAIN RECOVERY SYSTEMS, INC.

101 Hastings Horseshoe
Powell, WY 82435
Toll Free: (888) 226-7701

Apr 29, 2015

BREYANNA JAMES
KELLY JAMES
3422 CRIBBON AVE
CHEYENNE, WY 82001

Re: Account Validation

Account Number:       162090
Original Creditor:    CHEYENNE UROLOGICAL PC
Current Balance Due:  $103.42

Dear Breyanna and Kelly:

Please find enclosed the verification you requested per your letter on April 29, 2015 for Rocky Mountain Recovery's account #162090. Correspondence in regard to the matter should be directed to us at the address listed above or you may call us at (888) 226-7701. If you have any questions, please contact one of our account managers.

Federal Law requires that we inform you that this letter is from a debt collector, it is an attempt to collect a debt, and any information obtained will be used for that purpose.

Yours,

**EXHIBIT 4**

ROCKY MOUNTAIN RECOVERY SYSTEMS, INC.

101 Hastings Horseshoe,
Powell, WY 82435

# Rocky Mountain Recovery Systems, Inc.

Hours of Operation (MT):
Monday – Friday:
8:00 am – 5:00 pm

(307) 754-8215 • (888) 226-7701

June 12, 2015



| | |
|---|---|
| Creditor: | CHEYENNE UROLOGICAL PC |
| Original Creditor Account No.: | 27566 |
| Account No.: | 162090 |
| Amount: | $105.79 |

This letter is to notify you that the above debt has been assigned to Rocky Mountain Recovery Systems, Inc. for collection. Our records show that you owe this debt, and that the debt is past due and unpaid. We realize this amount due could be an oversight on your part and not a willful disregard of an apparent obligation. Please remit payment to the address listed below or call our office to use your major credit card. We can be reached at 307-754-8215 or 1-888-226-7701 between 8am to 5pm, Mountain Time.

For your information, the amounts you owe may be increasing daily due to interest accruing on your account.

Unless, within thirty (30) days after receipt of this letter, you dispute the validity of the debt or any portion thereof, we will assume the debt to be valid. If you notify this office in writing within the thirty (30) day period that the debt, or any portion thereof is disputed, we will obtain and mail to you verification of the debt or a copy of a judgment against you. In addition, we will provide you with the name and address of the original creditor, if different from the current creditor, if requested within the thirty (30) day period. Federal Law requires that we inform you that this letter is from a debt collector in an attempt to collect a debt, and any information obtained will be used for that purpose. Your right under federal law to request verification of this debt within thirty (30) days must be asserted in writing and is not affected by our request that you contact our office by telephone. Our collection efforts made during your thirty (30) day dispute period in no way affects your right under federal law to request verification of your debt.

Yours,

**ROCKY MOUNTAIN RECOVERY SYSTEMS, INC.**

Payment Options:

**EXHIBIT 5**

- Pay by Phone at 307-754-8215 or 1-888-226-7701
- Pay by Credit Card (complete and return form below or call our office)
- Call us at 307-754-8215 or 1-888-226-7701 to discuss payment arrangements
- Enclose a check or money order along with the bottom portion of this notice.

Enclosing the bottom portion of this notice with your payment will expedite credit to your account.

CCU064255L1V

---

**FOR CREDIT CARD PAYMENT, PLEASE COMPLETE AND RETURN**

| CREDIT CARD USING FOR PAYMENT | ☐ VISA | ☐ MASTERCARD |
|---|---|---|
| CARD NUMBER PLUS 3 DIGIT SECURITY CODE (on back of card) | | EXP. DATE / |
| CARDHOLDER SIGNATURE | | AMOUNT $ |

101 Hastings Horseshoe
Powell WY 82435-8111

ADDRESS SERVICE REQUESTED

June 12, 2015

162090-L1V    613268800

Kelly J James George R James
3422 Cribbon Ave
Cheyenne WY 82001-1077

ROCKY MOUNTAIN RECOVERY SYSTEMS, INC.
101 Hastings Horseshoe
Powell WY 82435-8111

| | |
|---|---|
| Creditor: | CHEYENNE UROLOGICAL PC |
| Account No.: | 162090 |
| Amount: | $105.79 |

Amount Enclosed: $_____



| | 210 N Bent St. |
| --- | --- |
| | Powell, WY 82435 |
| | 1-(307)754-8215 |
| | 1-(800)890-3700 |

AT.151454
KELLY J JAMES
GEORGE R JAMES
3422 CRIBBON AVE
CHEYENNE WY 82001

Notice Date:
July 14, 2015

| CREDITOR | AMOUNT | INTEREST | FEES | TOTAL |
| --- | --- | --- | --- | --- |
| CHEYENNE UROLOGICAL PC | 108.94 | 19.08 | 0.00 | 128.02 |
| CHEYENNE UROLOGICAL PC | 102.18 | 5.33 | 0.00 | 107.51 |
| TOTAL | 211.12 | 24.41 | 0.00 | 235.53 |

Our client, Rocky Mountain Recovery Systems, Inc, claims that the accounts listed above and assigned to them for collection has not been paid and they have retained Wilkerson & Bremer to represent them in this matter. The amount of our Client's claim against you is $ 235.53, which includes the original amount referred plus interest and fees as may be allowed by law, less any payments that you may have made to our Client.

If you have any questions or want to discuss possible payments you need to call 1-(307)-754-8215 or 1-(800)-890-3700 and ask for your account manager. Office hours are from 8 A.M. to 5 P.M. Monday thru Friday. You may send correspondence to Wilkerson & Bremer, 210 N Bent Street, Powell Wyoming 82435.

At this time, no attorney with this firm has personally reviewed the particular circumstances surrounding the accounts listed above. If you fail to take care of this matter or call, our client may ask us to provide additional services to recover the balance due.

Yours,
Wilkerson & Bremer
cc: file

**EXHIBIT 6**

Unless, within thirty (30) days following receipt of this letter, you dispute the validity of the debt or any portion therof, we will assume the debt to be valid. If you notify this office in writing within the thirty (30) day period that the debt, or any portion therof is disputed, we will obtain and mail to you verification of the debt or a copy of a judgment against you. In addition, we will provide you with the name and address of the original creditor, if different from the current creditor, if requested within the thirty (30) day period. Federal law requires that we inform you that this letter is from a debt collector in an attempt to collect a debt, and any information obtained will be used for that purpose. Your right under federal law to request verification of your obligation to our client is not affected by our request that you contact our office by telephone. Our collection efforts made during your thirty (30)day dispute period in no way effects your right under federal law to request verification of your obligation to our client.