Bret T. Allred; 6-3835
Basin Law Group, LLC
117 N. Bent St.
Powell, WY 82435
Telephone: 307-271-6008
Fax: 877-295-3104
*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
### For the
### District of Wyoming

| | |
|---|---|
| KELLY JAMES | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) Case No. 15-CV-141-F |
| ROCKY MOUNTAIN RECOVERY | ) |
| SYSTEMS, INC. et al. | ) |
| *Defendants* | ) |

## NOTICE OF COMPLEXITY OF CIVIL CASE

Pursuant to U.S.D.C.L.R. 16.4, the Co-Defendants jointly declare and hereby notify the Court and the opposing party that the above named civil case is **NON-COMPLEX**

DATED this 6th day of November, 2015,

_____
Bret T. Allred

### CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November 2015, I served a true and exact copy of the foregoing upon the following by U.S. First Class Mail:

Kelly James
3422 Cribbon Avenue
Cheyenne, Wyoming 82001

_____
Bret T. Allred