Bret T. Allred; 6-3835
Basin Law Group, LLC
117 N. Bent St.
Powell, WY  82435
Telephone: 307-271-6008
Fax: 877-295-3104
Attorney for Co-Defendant

# UNITED STATES DISTRICT COURT
For the
District of Wyoming

| | |
|---|---|
| KELLY JAMES | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) Case No. 15-CV-141-F |
| ROCKY MOUNTAIN RECOVERY | ) |
| SYSTEMS, INC. et al. | ) |
| *Defendants* | ) |

# CHARLOTTE B. WILKERSON'S ANSWER TO COMPLAINT (AMENDED)

**COMES NOW** the Co-Defendant, Charlotte B. Wilkerson and answers the Plaintiff's Complaint by answering, averring and stating as follows:

**ANSWER**

1. Paragraph number "1" is admitted.

2. Paragraph number "2" is denied as the Co-Defendant lacks knowledge or information sufficient to form a belief about the truth of the averment(s) contained therein.

3. Paragraph number "3" is denied as the Co-Defendant lacks knowledge or information sufficient to form a belief about the truth of the averment(s) contained therein.

4. Paragraph number "4" is denied as the Co-Defendant lacks knowledge or information sufficient to form a belief about the truth of the averment(s) contained therein.

5. Paragraph number "5" is denied as the Co-Defendant lacks knowledge or information sufficient to form a belief about the truth of the averment(s) contained therein.

6. Paragraph number "6" is denied as the Co-Defendant lacks knowledge or information sufficient to form a belief about the truth of the averment(s) contained therein.

7. Paragraph number "7" is denied as the Co-Defendant lacks knowledge or information sufficient to form a belief about the truth of the averment(s) contained therein.

8. Paragraph number "8" is denied as the Co-Defendant lacks knowledge or information sufficient to form a belief about the truth of the averment(s) contained therein.

9. Paragraph number "9" is denied as the Co-Defendant lacks knowledge or information sufficient to form a belief about the truth of the averment(s) contained therein.

10. Paragraph number "10" is denied as the Co-Defendant lacks knowledge or information sufficient to form a belief about the truth of the averment(s) contained therein.

11. Paragraph number "11" is denied as the Co-Defendant lacks knowledge or information sufficient to form a belief about the truth of the averment(s) contained therein.

12. Paragraph number "12" is denied as the Co-Defendant lacks knowledge or information sufficient to form a belief about the truth of the averment(s) contained therein.

13. Paragraph number "13" is denied as the Co-Defendant lacks knowledge or information sufficient to form a belief about the truth of the averment(s) contained therein.

14. Paragraph number "14" is denied as the Co-Defendant lacks knowledge or information sufficient to form a belief about the truth of the averment(s) contained therein.

15. Paragraph number "15 is denied as the Co-Defendant lacks knowledge or information sufficient to form a belief about the truth of the averment(s) contained therein.

16. Paragraph number "16" incorporates previous paragraphs by reference and therefore is answered as previously stated herein.

17. Paragraph number "17" is denied as the Co-Defendant lacks knowledge or information sufficient to form a belief about the truth of the averment(s) contained therein.

18. Paragraph number "18" is admitted to the extent that Michael B. Wilkerson, Daniel B. Wilkerson and Charlotte B. Wilkerson are officers and/or directors of RMR. The remainder is denied.

19. Paragraph number "19" is denied as the Co-Defendant lacks knowledge or information sufficient to form a belief about the truth of the averment(s) contained therein.

20. Paragraph number "20" is admitted.

21. Paragraph number "21 is denied as the Co-Defendant lacks knowledge or information sufficient to form a belief about the truth of the averment(s) contained therein.

22. Paragraph number "22" is an expression of a legal argument and does not contain any factual averments requiring an answer.

23. Paragraph number "23" is an expression of a legal argument and does not contain any factual averments requiring an answer.

24. Paragraph number "24" is denied.

25. Paragraph number "25" is an expression of a legal argument and does not contain any factual averments requiring an answer.

26. Paragraph number "26" is an expression of a legal argument and does not contain any factual averments requiring an answer.

27. Paragraph number "27" is an expression of a legal argument and does not contain any factual averments requiring an answer.

28. Paragraph number "28" incorporates previous paragraphs by reference and therefore is answered as previously stated herein.

29. Paragraph number "29" is an expression of a legal argument and does not contain any factual averments requiring an answer.

30. Paragraph number "30" incorporates previous paragraphs by reference and therefore is answered as previously stated herein.

31. Paragraph number "31" is an expression of a legal argument and does not contain any factual averments requiring an answer.

32. Paragraph number "32" incorporates previous paragraphs by reference and therefore is answered as previously stated herein.

33. Paragraph number "33" is an expression of a legal argument and does not contain any factual averments requiring an answer.

34. Paragraph number "34" incorporates previous paragraphs by reference and therefore is answered as previously stated herein.

35. Paragraph number "35" is an expression of a legal argument and does not contain any factual averments requiring an answer.

36. Paragraph number "36" incorporates previous paragraphs by reference and therefore is answered as previously stated herein.

37. Paragraph number "37" is an expression of a legal argument and does not contain any factual averments requiring an answer.

38. Paragraph number "38" incorporates previous paragraphs by reference and therefore is answered as previously stated herein.

39. Paragraph number "39" is an expression of a legal argument and does not contain any factual averments requiring an answer.

40. Paragraph number "40" is an expression of a legal argument and does not contain any factual averments requiring an answer.

41. All other averments contained in the Plaintiff's Complaint which are not directly admitted by this answer are hereby denied.

## AFFIRMATIVE DEFENSES

42. The Co-Defendant affirmatively states that the facts averred by the Plaintiff if his complaint fail to state a claim upon which relief can be granted.

43. The Complaint alleges that Rocky Mountain Recovery Systems, Inc. ("RMRSI") mailed a letter to the Plaintiff under the direct authority and supervision of this Co-Defendant.

44. These facts do not support a claim for a violation of 15 U.S.C. 1692 et. seq. ("FDCPA").

45. The Plaintiff seeks damages for a violation of the Wyoming Rules and Regulation of the Collection agency Board ("Regulations") although no private right of action is granted by statute or regulation.

46. Plaintiff seeks Code damages of $1,000.00 for each alleged violation of the FDCPA for a total of five thousand dollars although the FDCPA only permits an award of $1,000.00 per action.

47. Plaintiff seeks attorney fees although the Plaintiff is proceeding pro se and no attorney has filed notice of representation on the Plaintiff's behalf.

48. Plaintiff seeks punitive damages without factual support or proper pleading.

49. Plaintiff seeks actual damages of $5,000.00 without promulgating any facts to support such a claim.

50. This Co-Defendant reserves the right to amend this pleading by assertion additional affirmative defenses and counterclaims as may be allowed by law and learned through discovery.

**WHEREFORE** the above identified Co-Defendant prays as follows:

A. Plaintiff's complaint be dismisses and the Plaintiff take nothing thereby.

B. For an award of attorney fees.

C. For such other and further relief as the court deems just and proper under the premises.

**DATED** this 16th day of December, 2015,

/s/ Bret T. Allred
───────────────────────────────
Bret T. Allred; 6-3835
Basin Law Group, LLC
117 N. Bent St.
Powell, WY  82435
Telephone: 307-271-6008
Fax: 877-295-3104

### CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of December, I served a true and exact copy of the foregoing upon the following as indicated:

Kelly James
3422 Cribbon Avenue
Cheyenne, Wyoming 82001
*By U.S. First Class Mail.*

/s/ Bret T. Allred
───────────────────────────────
Bret T. Allred

*ANSWER TO COMPLAINT (AMENDED)*
*JAMES V. CHARLOTTE B. WILKERSON*                                                                                                  6 OF 6