FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2016 MAY -9 AM 9:34

STEPHAN HARRIS, CLERK
CHEYENNE

# UNITED STATES DISTRICT COURT

### DISTRICT OF WYOMING

| | |
|---|---|
| KELLY JAMES ) | Case Number: 15-CV-141-F |
| )  | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | |
| ) | |
| ROCKY MOUNTAIN RECOVERY SYSTEMS, ) | |
| INC., et al., ) | |
| ) | |
| DEFENDANTS. ) | |

## **MOTION TO DISMISS WITH PREJUDICE**

Plaintiff Kelly James and Defendants, except CHARLOTTE B. WILKERSON, having come to an agreement regarding these matters, hereby requests that the Court dismiss Plaintiffs Complaint against Defendants with prejudice, each party to bear their own attorney's fees and costs.

Dated: May 9, 2016.

*/s/ Kelly James*

Kelly James
3422 Cribbon Avenue
Cheyenne, Wyoming 82001
kj_james71@yahoo.com
307-287-6989

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2016 I served a copy of Motion to Dismiss by USPS First Class mail, postage prepaid to:

_____
Kelly James

Brett Allred.
Basin Law Group
117 North Bent Street
Powell, WY 82435